KNICKERBOCKER OIL CORPORATION, Respondent, v. RICHFIELD OIL CORPORATION OF NEW YORK, Appellant.— Motion for extension of time to file points granted upon condition that appellant perfect the appeal for the December term (for which term a preference is granted) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

ALTER MICHIGAN, Respondent, v. TAU REALTY CORPORATION, Defendant; THOMAS H. HEFFRON and Another, Appellants.— Motion to dismiss appeal denied. Appeal set down peremptorily for Friday, November thirteenth. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

NEW YORK PLUMBERS SPECIALTIES Co., INC., Respondent, v. JACKSID REALTY CORPORATION, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE CASTIGLIONE, Alias TOTO, Appellant.— Motion for enlargement of time granted upon condition that appellant perfect the appeal for the January, 1932, term, and case ordered on the calendar for Monday, January 11, 1932. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL O'DONNELL, Appellant.— Motion for enlargement of time granted upon condition that appellant perfect the appeal for the January, 1932, term, and case ordered on the calendar for Monday, January 11, 1932. Motion to hear appeal on typewritten record granted. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY SANTERELLO, Appellant.— Motion for enlargement of time granted; appellant to perfect the appeal for the January, 1932, term, for which term the case is ordered on the calendar. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK SERPE, Alias FRANK PERRY, Alias " CHICK," Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the December term and case ordered on the calendar for Monday, December seventh. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX SPIEGEL, Appellant.— Motion to enlarge time granted upon condition that appellant perfect the appeal for the December term and case ordered on the calendar for Monday, December seventh. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

JOHN W. RIX, Respondent, v. MARTIN MOTOR TRUCK CORPORATION, Appellant. — Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

LENORE ROTH, Appellant, v. FANNIE DIAMOND and MEYER DIAMOND, Respondents.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.